# IN THE SUPREME COURT OF THE STATE OF NEVADA

YUXIA ZHANG,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 84242

**FILED**

MAR 0 4 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the "omninus [sic] finidngs [sic] of fact, conclusions of law, and decision on pre-trial motions." Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.          _____, J.
Cadish                        Pickering

cc:   Chief Judge, Eighth Judicial District Court
      Eighth Judicial District Court, Department 9
      Yuxia Zhang
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

 
22-06940